IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

AVIS F CLARK,

    Plaintiff,

v.                                                    CASE NO. 1:07-cv-00199-MP-AK

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 30, Report and Recommendation regarding the Complaint filed by Avis F. Clark, Doc. 1. Upon review, the Magistrate Judge recommended that the decision of the Commissioner denying benefits be affirmed on July 30, 2009. Petitioner was given until August 27, 2009 to file objections to the report, but declined to do so. As this Court finds the Report and Recommendation to be thorough and free of plain error, and as there are no objections, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge, Doc. 30, is ADOPTED and incorporated herein.

2.    The decision of the Commissioner denying benefits is AFFIRMED.

**DONE AND ORDERED** this  *31st* day of August, 2009

                                      *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge.